# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151971

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 151971
                                  COA: 320444
JOSHUA LEE MOSHER,               Ottawa CC: 13-037693-FC
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the May 21, 2015 judgment of the Court of Appeals is considered. We DIRECT the Ottawa County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall specifically address whether the defendant was sufficiently prejudiced by trial counsel's failure to redact parts of the defendant's statement to the police, in which the interrogating officer expressed his belief of the complainant, that an evidentiary hearing on the ineffective assistance of counsel is warranted. See *People v Ginther*, 390 Mich 436 (1973); *People v Musser*, 494 Mich 337 (2013).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016

a0127

Clerk